# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PATRICK JAMES SCHWARTE, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 5:19-cr-4001-LTS-KEM-1<br>Presiding Judge: Leonard T. Strand<br>Deputy Clerk: Joseph Malanson<br>Official Court Record: Shelly Semmler  Contract? No<br>Contact Information: Shelly_Semmler@iand.uscourts.gov |

| Date: | 11/9/2020 | Start: | 10:00AM | Adjourn: | 11:22AM | Courtroom: | Donald E. O'Brien | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | | Time in Chambers: | | n/a | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Timothy Vavricek | | | | | | | |
| | Defendant(s): | Patrick Parry (defendant present) | | | | | | | |
| | U.S. Probation: | PO Jessica Clark (by telephone) | | | | | | | |
| | Interpreter: | n/a | | | Language: | n/a | Certified: n/a | Phone: | n/a |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Objections to PSIR: | Government objection to para. 56 | | Ruling: | Sustained on adjustment for abuse of position; overruled on adjustment for aggravated role |
| | Government objection to para. 90 | | | Sustained |
| Motions to vary/depart: | Government Motion for Third Level Reduction | | Ruling: | Granted |
| | Government Motion | | | Granted |
| | Motion for Downward Variance | | | Granted |
| Count(s) dismissed: | | | | |
| Sentence (See J & C): | *See* Fine & Supervised release | | | |
| | Fine: | $5000 (due & payable immediately) | Special assessment: | $200 |
| | Supervised Release: | 2 years' supervised release; first 60 days on home detention with monitoring. Special conditions imposed; mandatory drug testing condition suspended | | |
| | Court's recommendations (if any): | | | |
| Defendant is | Detained | X Released | and shall report | n/a, no incarceration imposed |
| **Witness/Exhibit List is** | | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7.

**Miscellaneous:**